

# IN THE

# COURT OF CRIMINAL APPEALS

# AUSTIN, TEXAS

EX DAVID MARK TEMPLE                    CASE NUMBER WR-78,545-02

<u>ORDER</u>

The above styled and numbered cause is before this Court on application for writ of habeas corpus pursuant to Article 11.07, Code of Criminal Procedure, from cause number 1008763-A in the 178th District Court of Harris County.

The Court is of the opinion that exhibit DX-178 and DX-180 (Audio Tape) should be inspected. Pursuant to Tex. R. App. P. 34.6(d), the District Clerk of Harris County is ordered to file the Original Exhibits with the Clerk of this Court on or before the 18th day of July, 2016.

IT IS SO ORDERED this the 11th day of June, 2016.

PER CURIAM

EN BANC

DO NOT PUBLISH